UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 24-72 KMM/DJF

United States of America,

          Plaintiff,

v.

Jerry Hal Saliterman,

          Defendant.

**ORDER FOR APPOINTMENT OF COUNSEL**

The Court has determined that the defendant in the above matter is financially unable to employ counsel and finds that it is in the interest of justice that counsel be assigned.

IT IS HEREBY ORDERED that John Brink, Attorney ID 11587, is appointed as counsel pursuant to 18 U.S.C. § 3006A.

Dated: March 15, 2024

*s/ Elizabeth Cowan Wright*
Honorable Elizabeth Cowan Wright
United States Magistrate Judge