# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

# INITIAL APPEARANCE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | COURTROOM MINUTES - CRIMINAL |
| ) | BEFORE: ELIZABETH COWAN WRIGHT |
| Plaintiff, ) | U.S. Magistrate Judge |
| ) | |
| v. ) | Case No: 24-cr-72 (PJS/LIB) |
| ) | Date: March 15, 2024 |
| Jerry Hal Saliterman, ) | Courthouse: St. Paul |
| ) | Courtroom: 3C |
| Defendant. ) | Time Commenced: 3:36 p.m. / 3:51 p.m. / 4:40 p.m. |
| ) | Time Concluded: 3:45 p.m. / 4:01 p.m. / 5:04 p.m. |
| ) | Time in Court: 43 minutes |

**APPEARANCES:**

Plaintiff: David Classen/Thomas Calhoun-Lopez, Assistant U.S. Attorney
       Appearing on a limited basis on behalf of the District of North Dakota

Defendant: John Brink
       X CJA

Date Charges Filed: March 13, 2024      Offense: theft of major artwork; witness tampering

    X Advised of Rights

on    X Indictment

X Personal Recognizance Bond set with conditions, see Order Setting Conditions of Release

Next appearance date is TBD before U.S. Magistrate Judge Leo I. Brisbois for:
    X Arraignment

X Government moves to unseal the case.     X Granted
X Government requests ECF No. 1 remain sealed - GRANTED
X Government is directed to file a motion by Monday, March 18, 2024 at 4:30 p.m. as to why ECF No. 1 is to remain sealed.

Additional Information:
X Oral Rule5(f) Brady notice read on the record.
Any address read in full in this hearing will be redacted from any transcript ordered.

                                                                   *s/nah*
                                                     Signature of Courtroom Deputy