UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 24-CR-0072 (PJS/LIB) |
| Plaintiff, | |
| v. | ORDER |
| JERRY HAL SALITERMAN, | |
| Defendant. | |

---

Based upon all the files, records, and proceedings herein, IT IS ORDERED that:

1. This case will commence trial on May 20, 2024 at 9:00 a.m. in Courtroom15 (MPLS), before Chief Judge Patrick J. Schiltz.

2. A status conference will be held on May 17, 2024, 2023 at 9:00 a.m. in Courtroom 15 (MPLS), before Chief Judge Patrick J. Schiltz. The government must submit its lists of prospective witnesses and prospective exhibits at this conference.

3. Trial briefs, voir dire questions, proposed jury instructions, and trial-related motions (including motions in limine) must be submitted to Judge Schiltz's chambers by 4:00 p.m. on May 8, 2024. Responses to trial-related motions (including motions in limine) must be submitted by 4:00 p.m. on May 13, 2024.

Dated: March 27, 2024

 s/Patrick J. Schiltz
Patrick J. Schiltz, Chief Judge
United States District Court