AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

F#11651713

**RECEIVED**
MAR 28 2024
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

United States of America
v.
Jerry Hal Saliterman

Defendant

~~SEALED~~

Case No. CR 24-72 KMM/DJF

**RECEIVED**
By U.S. MARSHAL, MINNEAPOLIS, MN at 8:26 pm, Mar 13, 2024

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Jerry Hal Saliterman,
who is accused of an offense or violation based on the following document filed with the court:

✓ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court
☐ Pretrial Release Violation Petition

This offense is briefly described as follows:
Count 1: Theft of Major Artwork 18:668
Count 2: Witness Tampering 18:1512(b)(3)

Date: 03/13/2024

*Issuing officer's signature*
Kate M. Fogarty, Clerk of Court
*Printed name and title*

City and state:   Minneapolis, Minnesota

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date:
ARRESTED ON 3/14/2024
ARRESTED BY FBI
U.S. MARSHAL
DISTRICT OF MINNESOTA
BY _____

*Arresting officer's signature*

**SCANNED** MAR 28 2024  JE
U.S. DISTRICT COURT MPLS

*Printed name and title*