# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# ARRAIGNMENT MINUTES

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | COURTROOM MINUTES - CRIMINAL |
| | ) | BEFORE: Leo I. Brisbois |
| Plaintiff, | ) | U.S. Magistrate Judge |
| | ) | |
| v. | ) | Case No:        24-cr-72 (PJS/LIB) |
| | ) | Date:              January 6, 2025 |
| Jerry Hal Saliterman, | ) | Courthouse:    Duluth |
| | ) | Courtroom:     Zoom from Courtroom 3 |
| Defendant, | ) | Court Reporter:   Digital Recording |
| | | Time Commenced:   4:00 p.m. |
| | | Time Concluded:    4:05 p.m. |
| | | Time in Court:        5 minutes |

**APPEARANCES:**

Plaintiff:    Matthew Greenley, Assistant U.S. Attorney
Defendant:    John Brink, CJA

**Indictment Dated:** 3/13/2024

X Reading of Indictment Waived    X Not Guilty Plea Entered

Other Remarks:

X Defendant consents to this hearing via video conference.

s/JLB
Signature of Courtroom Deputy