IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 24-cr-00072-PJS-LIB |
| Plaintiff, | |
| v. | **MOTION TO DISMISS** |
| JERRY HAL SALITERMAN, | |
| Defendant. | |

The United States of America, by Jennifer K. Puhl, Acting United States Attorney for the District of North Dakota, and Matthew D. Greenley, Assistant United States Attorney, acting under authority conferred by 28 U.S.C. § 515, moves the Court for an Order to dismiss the Indictment in the above-captioned case because the Defendant passed away on March 16, 2025.

Dated:  March 17, 2025

                                                JENNIFER K. PUHL
                                                Acting United States Attorney

By:     /s/ *Matthew D. Greenley*
        MATTHEW D. GREENLEY
        Assistant United States Attorney
        Acting Under Authority Conferred by
           28 U.S.C. § 515
        MN Bar ID 034252X
        655 First Avenue North, Suite 250
        Fargo, ND  58102-4932
        (701) 297-7400
        matthew.greenley@usdoj.gov
        Attorney for United States